TONY DAVIS
_____
(Name)

UNIT I, BH-61L, P.O.Box 107
_____
(Address)

TEHACHAPI, CA  93581
_____
(City, State, Zip)

J-76575
_____
(CDC Inmate No.)

| 2254 ____ 1983 ✓ |
|---|
| **FILING FEE PAID** |
| Yes____ No ✓ |
| **IFP MOTION FILED** |
| Yes ✓ No____ |
| **COPIES SENT TO** |
| Court ✓ ProSe ____ |

**FILED**

OCT 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District of California

TONY DAVIS
_____,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

  v.

TRUST COMPANY OF THE WEST
_____,
_____,
_____,
_____,
(Enter full name of each defendant in this action.)

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 1953 LAB RBB**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, _TONY DAVIS_____
                                                    (print Plaintiff's name)
_____; who presently resides at _P.O.Box 107, TEHACHAPI, CA_
93581 _____, were violated by the actions
                                 (mailing address or place of confinement)

§ 1983 SD Form
(Rev. 6/96)

119—1

of the below named individuals.  The actions were directed against Plaintiff at CALIFORNIA

CORRECTIONAL INSTITUTION          on (dates) 9/3/99 , _____, and _____.
    (institution/place where violation occurred)           (Count 1)     (Count 2)     (Count 3)

2.  Defendants:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant   TRUST COMPANY OF THE WEST resides in  LOS ANGELES, CA                    ,
          (name)                      (County of residence)
and is employed as a   CORPORATION                     .  This defendant is sued in
                  (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____.

Defendant _____ resides in _____,
          (name)                      (County of residence)
and is employed as a _____.  This defendant is sued in
                  (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____.

Defendant _____ resides in _____,
          (name)                      (County of residence)
and is employed as a _____.  This defendant is sued in
                  (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____.

Defendant _____ resides in _____,
          (name)                      (County of residence)
and is employed as a _____.  This defendant is sued in
                  (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____.

119-2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: U.S. CONSTITUTIONAL AMENDMENT
(E.g., right to medical care, access to courts,
5 and the GUARANTEE THAT NO AMERICAN CITIZEN MAY BE DEPRIVED OF LIFE,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) LIBERTY OR, PROPERTY WITHOUT DUE PROCESS OF LAW

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]
SEE ATTACHED

§ 1983 SD Form
(Rev. 6/96)

XX
4

119-4

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: TONY DAVIS

Defendants: TRUST COMPANY OF THE WEST

(b)  Name of the court and docket number:  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA   06-CV-793 W (WMc)

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?]  DISMISSED

(d)  Issues raised:  NO FEDERAL ISSUE RAISED

(e)  Approximate date case was filed: APRIL 6, 2006

(f)  Approximate date of disposition: APRIL 13, 2006

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

INMATE PAROLEE APPEAL FORM/CDCR HAS NO JURISDICTION OR SAY ON HTIS MATTER

§ 1983 SD Form
(Rev. 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

77-

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

_____

_____

_____

2. Damages in the sum of $ <u>WHAT THE COURT DEEMS</u> JUST AND FAIR

3. Punitive damages in the sum of $ <u>WHAT THE COURT DEEMS</u> JUST AND FAIR

4. Other: <u>JUST COMPENSATION ON THE SALE OF REAL PROPERTY</u>

LOCATED AT<u>4839 RENO DRIVE, SAN DIEGO, CA</u>

## F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_____
Date

_____
Signature of Plaintiff

6

STATEMENT OF FACTS

1. In the 1980's plaintiff's mother put down $50.000.00 payment on two (2) pieces of land and secured a bill of credit for the remainder of the purchase price.

2. Plaintiff Tony Davis was placwed on the deed as co-owner of property.

3. Bill of credit, interest and principal payments were made and kept current for approximately twenty (20) years until the passing of plaintiff' mother in 1997/1998.

4. On or about September 3, 1999, the Corporation of Bankers Company of California took posession of and sold two (2) pieces of real property located at 4839 and 4841 Reno Dr,. in the city of East San Diego, CA in the County of San Diego, belonging to both Ms. Ruby Davis(Maiden name "Beasley") and the plaintiff Tony Davis without notifying plaintiff Tony Davis, who was and is co-owner of the property in question. Plaintiff Tony Davis name is on the Deed to said property.

5. The facts indicate that sometime during the year(s) of 1997/1998, Ms. Ruby Davis (Beasley) passed, and at the time of her demise plaintiff Tony Davis was incarcerated and had lost contact with the family until the year 2005.

6. Plainitff began making inquiries into the whereabouts of the deed to the property in question in order to make a claim.

7. Plaintiff received only one (1) response to the numerous inquiries made informing him of a record of the sale of the both properties located at 4839 and 4841 Reno Dr, San Diego, CA.

8. In an effort to obtain documentation of the sale of the properties in question plaintiff contacted the current owners, who were unwilling to provide plaintiff any documentation.

7



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

9. Although plaintiff is currently incarcerated, the Bankers Trust Company of California should have contacted Plaintiff in an effort to SEE WHAT, IF anything plaintiff could do regarding any obligations or liens against the property.

10. Therefore, the said properties were unlawfully taken by the Bankers Trust Company of the West to sell

11. Further, plaintiff has not been compensated by any monies after the sell and subsequent disbursement of funds on any outstanding loans or liens.

LEGAL CLAIMS.

Plaintiff support the following claims by reference to the previous paragraphs of the complaint 1 - 11.

The negligence, unlawful sale of real property and breach of contract are in violation of plaintiff Tony Davis' rights under California Satte Law, California Constitutional Law.

The Unlawful posession and sale of property is in violation of the 5th Amendment of the United States Constitution and is a violation of Federal Law which guarantees that no American citizen may be deprived of life, liberty or property without Due Process of law, the defendants violated the 5th and 14th Amendments of the the U.S. Constitution

jurisdiction

This Court has jurisdiction over plaintiff's fedral claims pursuant to 28 U.S.C. §§ 1391 and 1343 (a)(3)

This Court has jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

DATED:

Tony Davis IN PRO SE AND PRO PER.


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

## MEMORANDON OF POINTS AND AUTHORITIES

### I

### PETITIONER IS ENTITLED TO RECOVERY OF PROPERTY

It is a fundamental principal of our law that, "(A) person may not be deprived of...property without due process of law." California Constitution, Article I, section 7

While evidence code, section 637 provides that the "things which a person possesses are presumed owned by him," unless and until evidence is introduced which would support a finding in the contrary. In this light, said property owned by Plaintiff was illegally disposed of without any form of proper and legal search for Plaintiff.

Moreover, actions for recovery of property which was seized simply because Plaintiff is incarcerated are not subject to the claims requirement of the Goverment Tort Claims Act. Government Code, section 900 et. seq.; Minsky v. City of Los Angeles, supra, (1974) 11 C3d 123; Holt v. Kelly, (1978) 20 C3d 560, 564-565; Hibbard v. City of Anaheim, (1984) 162 CA3d 270, 276.

Nor does the fact that Federal or other governmental agencies may rid itself of the property in question or be exempt of its liability and responsibility to the Petitioner.

The law is abundantly clear that property lawfully owned by a citizen which has been retained or detained by Federal or governmentalagencies must be returned to the rightful property owner. The owner retains his/her right to eventual specific recovery, whether he seeks to regain tangible property like an automobile, or land, or whether he seeks to recover specific sum of money which, under the general constructive trust principals, is traceable to property within the possession of the Plaintiff. New Port v. Hatton, (1924) 195 Cal. 132, 150-151; Dalikas v. Para, (1948) CA2d 243, 248-249.

See attached exhibits labled (A) through (H). Exhibit (H) shows just a few of the twenty (20) to twenty-five (25) inquires that were made by Plaintiff for legal Counsel, and most, or

all of these inquires were either returned to sender or sent back
return to sender or came back to Plaintiff with a denial note.
Plaintif has been diligent in his endevers as the Bankers Trust
Company was reckless in the sale of Plaintiff's property.

Based upon the above, relief prayed for by Petitioner is
warrented and should be issued.

Whereas, I, TONY DAVIS, the Petitioner herein, hereby
authorize that the above-described property be released (or
cashiers check/money order in the amount of todays market value
of said property be provided to:

<u>TONY DAVIS J-76575</u>

I declare under penalty of perjury that the foregoing is
true and correct to the best of my knowledge, and that this
declaration was executed on the 28th day of March, 2006, at
California Correctional Institution State Prison, in the County
of Kern, City of Tehachapi.

_____
Petitioner/Declarant

Equal Access to Justice. I the plaintiff have tried every honest effort to approach the court with the facts of the case that clearly shows the negligence and theft by deceptive practic-being implimented by the defendant to deprive me the plaitiff of my rightful property. However it is painfully obvious I do not nor will I ever have the expertise to credibly protect my interest. My first attempt to the federal court was refused on grounds I am unable to comprehend. Subsequently my attempt at the state court level was immediately refered back to the frederal court level.Should a company the government licensed to do business be allowed to rob my family of our property because my mother died while I am an incarcerated prisoner,who is unable to access adequate legal representation(see exhibit B).

Granted my legal skills cannot provide the proper challenges to a Trust Company of the West' and the copurts demand for my ability to show what federal issues are raised in this caise ;that is why if the court is to deny this request for legal representation,I am asking for a caveat to freeze all assets in question and stop all proceedings until such time as I am released from prison,at which time I will have access to and be able to acquire proper legal representation to protect my families property and interest.

I declare under penalty of perjury the the foregoing is true and correct,and that this Motion to the Court was executed on the 9th day of April 2008 at California Correctional Institu-tion at Tehachapi,CA in Kern County

Dated: 4-9-08

Respectfully Submitted,

Plaintiff In Pro Per.

DECLARATION OF <u>TONY DAVIS J76575</u>

1.   That I am the defendant in the within bona fide legal cause of action, am a poor indigent incarcerated prisoner, and have at risk threatened personal and/or property rights as a result of the within cause of action;

2.   That declarant is a layperson, untrained in law, and as a result of poor, indigent, and incarcerated status is barred from access to the courts to protect personal and/or property rights as guaranteed by due process and equal protection clauses of both the state and federal constitutions;

3.   That declarant is forced to represent self in defense of the within suit, is without funds to employ counsel, and has no legal training, experience, access to legal materials and/or access to the courts necessary to adequately and reasonably protect declarant's present and future personal and/or property rights;

4.   That declarant is being harrassed by plaintiff herein in as much as declarant is indigent and incarcerated, unable to retain an attorney, and that without adequate representation and meaningful access to the courts declarant is likely to suffer adverse judgement and therefrom a significant issue of liability would arise impacting declarant's personal and/or property rights both present and in the future;

5.   That declarant has been incarcerated since <u>10th</u> <s>day of December, 2002</s>   and will remain incarcerated through approximately <u>10th day of June</u>, <u>2012</u>;

6.   That as a right guaranteed by the due process and equal protection clauses of the state and federal constitutions declarant has a right to the appointment of legal counsel in the

-2-

43-2

1  within cause of action based upon:  (a) declarant is confronted with

2  a bona fide legal action threatening personal and/or property inter-

3  est,  (b) declarant is indigent and in prison, (c) declarant plans

4  to defend from the action herein, and (d) adverse judgement would

5  affect declarant's present and/or future property rights;

6        7.  That declarant is entitled to the appointment of coun-

7  sel and declarant does declare that such appointed counsel should

8  be awarded legal fees in accordance with standards within the com-

9  munity for similar cases;

10        8.  That attorney fees should be ordered by this court to

11  be paid pursuant to, but not limited to, (a) Business and Profession

12  Code, Section 6210, (b) Government Code, Section 27706, and/or (c)

13  legal duty and obligation of law enforcement/correctional agency

14  to provide for the constitutionally mandated needs of wards remanded

15  to custody;

16        9.  That without relief requested herein that declarant

17  will continue to suffer deprivations of constitutional and/or other

18  legal rights as stated above.

19                     VERIFICATION

20        I have read the above statements and do declare upon

21  penalty of perjury that these statements are true and correct as

22  based upon information and belief.  Executed this   9th   day of

23      January           ,  2008  at  Tehachapi State Prison     ,

24  California pursuant to Code of Civil Procedure, Sections 446 and

25  2015.5.

26  *Amended Signiture*

27  *Dated: 4-9-08*

                           _Tony Dis_

28                               DECLARANT

                           *Tony De*

43-3

EXHIBIT (A)



# STEVE WESTLY
# California State Controller
### DIVISION OF COLLECTIONS
October 28, 2005

Tony Davis #J-76575
Unit 1 BH-32-L
PO Box 107
Tehachapi, CA  93581

Subject:  UNCLAIMED PROPERTY SEARCH

Dear Mr. Davis:

Thank you for your recent inquiry regarding unclaimed funds which may have been turned over to our office in the name(s) you requested us to research.  Based on the information you have provided us, we have researched our files and cannot locate any record of properties under the name(s) you have submitted to us.

Our office receives thousands of new unclaimed property accounts each year.  We suggest you contact us annually to inquire if any unclaimed funds have been reported in your name.  You can do this by writing to us at the address below.  If you prefer to speak to one of our agents, we are available to assist you Monday – Friday from 8:00 a.m. to 5:00 p.m. Pacific Time.  You can reach us by calling our toll-free number at 1(800) 992-4647 (within California) or (916) 323-2827 (outside California).  If you have Internet access, you can search for property on our online database by visiting our website at WWW.SCO.CA.GOV.  There is no statute of limitation in filing abandoned property claims with State Controller's Office.

Sincerely,

Consumer Services Unit

EXHIBIT (B)

LANDSAFE TITLE

RECORDING REQUESTED BY:
CTC Real Estate Services

AND WHEN RECORDED MAIL TO:
**Countrywide Home Loans, INC.**
**FKA COUNTRYWIDE FUNDING CORPORATION**
**400 COUNTRYWIDE WAY  SV-35**
**SIMI VALLEY, CA 93065**

Forward Tax Statements to Address listed above

01850



**DOC # 1999-0379143**

Jun 02, 1999 8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        13.00
OC:          NA

1999-0379143

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No.:   99-01069
Loan No.:   9687834
Title Order No.:   05125092
Investor/Insurer No.:     444440079242

## ACCOMODATION ONLY

### TRUSTEE'S DEED UPON SALE

TRA# _____

APN#    4716100200                    TRANSFER TAX: $ _____

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 109,678.52
The amount paid by the Grantee was $ 88,920.00
The property is in the city of SAN DIEGO, County of SAN DIEGO

CTC REAL ESTATE SERVICES FKA CTC FORECLOSURE SERVICES CORPORATION, as the
duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to
below, and herein called "Trustee", does hereby grant without covenant or warranty to:

BANKERS TRUST COMPANY OF CALIFORNIA, N.A. AS TRUSTEE, ON BEHALF OF
VENDEE MORTGAGE TRUST 1994-2, ~~BY COUNTRYWIDE HOME LOANS, INC. AS~~
~~ATTORNEY IN FACT~~

herein called Grantee, the following described real property situated in SAN DIEGO COUNTY, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed
by TONY DAVIS, A SINGLE MAN AND RUBY DAVIS AN UNMARRIED WOMAN AS JOINT
TENANTS, as Trustor, recorded on 02/09/94, Instrument Number 19940092725( or Book , Page 157)
Official Records in the Office of the County Recorder of SAN DIEGO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

01851

TS No.:   99-01069
Loan No.:   9687834
Title Order No.:   03125092

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 5/28/99.  Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 88,920.00.

DATE:   May 28, 1999

CTC Real Estate Services FKA CTC
Foreclosure Services Corporation

BY: _____

PAT DUGGAN, Assistant Vice President

State of California                    }

County of Ventura                    }

On 05/28/99, before me KRISTI HUFFORD, notary public, personally appeared PAT DUGGAN, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
KRISTI HUFFORD

KRISTI HUFFORD
Commission # 1189153
Notary Public — California
Ventura County
My Comm. Expires Jul 5, 2002

01852

03125092

## EXHIBIT A

LOTS 128 AND 129 IN BLOCK OF THE RESUBDIVISION OF BLOCKS 1 TO 12 INCLUSIVE OF FAIRMOUNT ADDITION TO CITY OF HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1347 FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 8, 1911.

THE LATEST TAX BILL FROM THE SAN DIEGO COUNTY TAX COLLECTOR SHOWS THE SITUS ADDRESS OF SAID LAND AS 4839 RENO DRIVE, CITY OF SAN DIEGO, CALIFORNIA, AND THE PARCEL NUMBER AS 471-610-02-00.

-2-

EXHIBIT (C)

Mr. Tony Davis CDC# J-76575
California Correctional Inst.
Unit #1 Briggs Hall
P.O. Box 107
Tehachapi, CA   93581

December 8, 2005

Assessor/Recorder/County Clerk
Mr. Greg J. Smith
1600 Pacific Hwy. Room # 103
San Diego, CA 92101

Dear Mr. Smith:

I am writing in hopes that you can help me in regards to getting a copy of a "Deed" to two (2) pieces of property located at 4839 and 4841 Reno Dr, which was purchased by my mother, Ms. Ruby Davis (Maiden name, "Beasley"), and of which my name was also on said "Deed".

Sir, my mother passed away approximately seven (7) to eight (8) years ago, and due to the fact that I was, and have been incarcerated all these years, I lost contact with my mother and did not learn of her passing until a few months ago. Since then, I have been trying to find out what has taken place with this property because my name was on the "Deed" and I was never contacted in regards to any transactions that may have taken place with this property, and by law I should have been. At this time I can say that I know for a fact that this property was in my mother's name, that my mother purchased and was making payments on this property for atleast fifteen (15) to twenty (20) years before her passing, and that she acquired a loan through the Countrywide Loan Company, put a $50,000 deposit down on the property, and was making monthly mortgage payments to this Loan Company up until her passing.

Mr. Smith, all I am trying to do is gather information on what has taken place with this property. So, if you could please atleast let me know, or direct me, on how to go about getting a copy of the "Deed" to this property. I would be more than grateful. Due to the fact that I am incarcerated I limited as to what resources I can use. I am having a very difficult time getting any information or responses to any of the places I am contacting. However, it is my understanding that your office should be able to help me and once I know how to go about obtaining a copy of this "Deed", I can begin to use what resources I do have to get it. So if

you can please help me in any way you can I would be very grateful.

Thank you **very much for** your time and consideration in this matter and I sincerely hope to hear from you as soon as you have the time.

Respectfully

CC: Personal File

EXHIBIT (D)

Mr. Tony Davis CDC# J-76575
California Correctional Inst.
Unit #1  Briggs Hall
P.O. Box 107
Tehachapi, CA   93581

December 8, 2005

Library,
Ms. Merilyn Crouch
5555 Overland Ave. Buld. 15
San Diego, CA 92123


Ms. Crouch

     I am writing in hopes that you can help me in obtaining
information concerning a "Deed" to two (2) pieces of
property located at 4839 and 4841 Reno Dr, which was
purchased by my mother, Ms. Ruby Davis (Maiden name,
"Beasley"), and of which my name was also on said "Deed".

     You see, my mother passed away approximately seven (7)
to eight (8) years ago, and due to the fact that I was, and
have been incarcerated all these years, I lost contact with
my mother and did not learn of her passing until a few
months ago. Since then, I have been trying to find out what
has taken place with this property because my name was on
the "Deed" and I was never contacted in regards to any
transactions that may have taken place this property, and by
law I should have been. Since then I have written to
numerous places trying to atleast find out who I should
write, contact, or what needs to be done to get a copy of
the "Deed", however, no one seems to want to respond to any
of my written communication. Whether it is because I am
writing the wrong places, people do not have the time, or I
am sending them wrong information, I don't know.

     As of this time, the only information I can give you
that I know for a fact is that my mother acquired a loan
through the Countrywide Loan Company, put down a $50,000.00
down payment, and was making monthly mortgage payments on
this property for atleast fifteen (15) to twenty (20) years
before she passed, and that my name was on the "Deed" along
with hers. Due to the fact that I am incarcerated I am
limited as to what resources I can use, and I am having a
very difficult time getting any information or responses to
any of the places I am contacting. Our library here is
really outdated and not up to par so addresses are hard to
get. So if you can please give me some direction I would be
more than grateful.

Thank you very much for your time and consideration in this matter and I sincerely hope to hear from you as soon as you have the time.


Sincerely,


CC: Personal File

**EXHIBIT (E)**

December 13, 2005

Mr. Tony Davis CDC# J-76575
California Correctional Inst.
Unit #1  Briggs Hall
P.O. Box 107
Tehachapi, CA  93581

Mr. Davis:

Our records show that the property at 4839-4841 Reno Drive,
defaulted and was sold on 9/3/99 by Bankers Trust Company
of California, N.A., as trustee on behalf of Vendee Mortgage
Trust-1994-2

I hope this information is helpful to you.

Very truly yours,

Sharon Ferguson
Assistant Division Chief
Records Division

*Trust Co. of the West*
*865 S. Figueroa St St 1800*
*Los Angeles, CA. 90017.*
*=213 244-*
*County administration Center*
*1600 Pacific Highway Rm. 260*
*(619) 237-0502*

EXHIBIT (F)

Tony Davis CDC #J-76575
California Correction Inst.
Unit I-Briggs Hall -32L
P.O. Box 107
Tehachapi, CA 93581



February 26, 2006


San Diego County Court House
220 West broadway
P.O. Box 122724
San Diego, CA 92112


Dear Clerk:

I recently learned that some property in San Diego, County, in which the deed had mine, as well as my mothers name on it, went into forclosure and was resold after my mother passed a few years ago. Anyway, since I was never notified and did not learn of my mothers passing until the last few months, it is my belief that I may have to file a civil suit, or some type of legal motion with the court to try and get my property back or atleast told who was responsible for forclosing the property and why it was done without my being given an oppurtunity to make good on the payments. The fact that I am in prison should have had no baring on whether of not I could may payments due on the house.

The problem is...our legal law lirarian can be of no assistance in helping me obtain the proper legal paper work to file any civil action, or whatever I may be able to file.

So I am asking you if you could possibly help by sending me the proper legal forms that I meed to resolve my issue?

Thank you for your time and consideration in this matter.



Sincerely,

Tony Davis



cc: Personal File

EXHIBIT (G)




# Gregory J. Smith

## COUNTY OF SAN DIEGO

### ASSESSOR / RECORDER / COUNTY CLERK

| | | |
|---|---|---|
| **ASSESSOR'S OFFICE** | | **RECORDER/COUNTY CLERK'S OFFICE** |
| 1600 Pacific Highway, Room 103 | **www.sdarcc.com** | 1600 Pacific Highway, Room 260 |
| San Diego, CA 92101-2480 | | P.O. Box 121750 • San Diego, CA 92112-1750 |
| Tel. (619) 236-3771 • Fax (619) 557-4056 | | Tel. (619) 237-0502 • Fax (619) 557-4155 |

April 24, 2008

Mr. Tony Davis  J-76575
California Correctional Institution
P.O. Box 107
Tehachapi, CA 93581

Mr. Davis,

You may obtain a copy of a deed by mailing a request to the Recorder's Office.

The TRUSTEE'S DEED UPON SALE has the document number of 1999-0379143, and was recorded on June 2, 1999. It is a 3 page document, and may be purchased for a fee of $6.00. If you would like it certified, there is an additional fee of $1.00.

If this is not the document you wish to obtain, you may search the Grantor/Grantee Index at the County website, www. SDARCC.com.

When requesting copies, you must provide the following information:
The Document Number
The Recording Year
The Name of at least one of the parties named on the document
The Type of Document

The mailing address is:
San Diego Assessor/Recorder/County Clerk
PO Box 121750
San Diego, CA 92112-1750
Attn: Real Estate Records

I hope this has been helpful.

Sincerely,

Lynda Messner
Supervising Assessment Clerk

*Branch Offices Available To Serve You*

| **CHULA VISTA** | **EL CAJON** | **KEARNY MESA** | **SAN MARCOS** |
|---|---|---|---|
| 590 Third Avenue | 200 S. Magnolia Avenue | 9225 Clairemont Mesa Blvd. | 334 Via Vera Cruz, Suite 150 |
| Chula Vista, CA 91910-5617 | El Cajon, CA 92020-4524 | San Diego, CA 92123-1211 | San Marcos, CA 92078-2638 |
| (619) 498-2200 | (619) 401-5700 | (858) 505-6262 | (760) 940-6868 |

MONDAY, MARCH 10, 2008

# Reports: Countrywide investigated for fraud

The Associated Press

LOS ANGELES — Federal authorities are investigating Countrywide Financial Corp. for securities fraud, according to media reports.

The FBI is in the early stages of an inquiry into whether company officials misrepresented its financial position and the quality of its mortgage loans, *The Wall Street Journal* first reported Saturday, citing law enforcement officials and finance executives with knowledge of the development.

The Justice Department also is involved in the investigation into the nation's largest mortgage lender, said *The New York Times*, which also cited anonymous sources who said they were not authorized to discuss ongoing criminal matters.

"We are not aware of any such investigation," Countrywide spokeswoman Susan Martin told the *Times*.

FBI spokesman Richard Kolko declined to confirm for *The Times* that an investigation had been opened.

Investigators are looking at evidence that may suggest that company executives knew their mortgage securities would see many more defaults than predicted in its public documents, one source told *The Journal*.

The inquiry is part of a larger probe involving as many as 15 companies and comes in the midst of the subprime mortgage crisis.

Bank of America Corp. is in the process of acquiring California-based Countrywide for about $4 billion in stock. Bank of America agreed to the acquisition in January, and the transaction is expected to close in the third quarter. A spokesman for Bank of America declined to comment.

Countrywide CEO Angelo Mozilo was one of three mortgage industry executives brought before a Congressional committee Friday to defend their exorbitant pay at a time the industry was reeling.

Congressional figures showed that Countrywide lost $1.2 billion in the third quarter of 2007 and an additional $422 million in the fourth quarter. The company's stock fell 80 percent between February and the end of the year.

1

2

3

4                           PROOF OF SERVICE BY MAIL

5

6  I declare that:

7      I am a resident of___TEHACHAPI_____in the county of

8  _____KERN_____, California. I am over the age of 18 years. My

9  residence address is: P.O. BOX 107, BRIGGS HALL 103 LOW

10 On___MAY 4, 2008___, I served the attached___MOTION- CIVIL PLEADING

11 on the_____in said case by placing a

12 true copy thereof enclosed in a sealed envelope with postage thereon fully

13 paid, in the United States mail at_____TEHACHAPI_____.

14 addressed as follows: OFFICE OF THE CLERK U.S. DISTRICT COURT

15  SOUTHERN DISTRICT OF CALIFORNIA 880 FRONT ST. STE. 4290

16    SAN DIEGO, CALIFORNIA  92101-8900                  .

17     I declare under penalty of perjury under the laws of the State of

18 California that the foregoing is true and correct, and that this declaration

19 was executed on____5-4-08____at_TEHACHAPI_____, California.

20

21

22    VANCE P. MILES
      [Type or Print Name]

23

24

25  [Signature]

26

27

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Tony Davis**

FILING FEE PAID
Yes ___  No ✓

DEFENDANTS

IFP MOTION FILED
Yes ___  No ✓

**Trust Company of the West**

COPIES SENT

**FILED**
OCT 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

Court _____ Pro Se

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tony Davis
PO Box 107
Tehachapi, CA 93581
J-76575

ATTORNEYS (IF KNOWN)

**'08 CV 1953 LAB RBB**

| **II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)** | **III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT** |
|---|---|

(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| | | Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   10/20/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Mull

CR